DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Counsel Designated for Service
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RAYMOND SLATON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr. F 04-5321 OWW |
|---|---|
| Plaintiff, | ) **STIPULATED MOTION AND [lodged]** |
|  | ) **ORDER TO REDUCE SENTENCE PURSUANT** |
| v. | ) **TO 18 U.S.C. § 3582(c)(2)** |
| RAYMOND SLATON, | ) **RETROACTIVE CRACK COCAINE** |
|  | ) **REDUCTION CASE** |
| Defendant. | ) |

Defendant, RAYMOND SLATON, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney DAWRENCE RICE, hereby stipulate as follows:

1.  Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.  The sentencing range applicable to Mr. Slaton was subsequently lowered by the United States Sentencing Commission in Amendment 706 by two levels;

1    3.   Accordingly, Mr. Slaton's adjusted offense level has been
2 reduced from 33 to 31, and a sentence at the comparable point within
3 the newly applicable guideline range would be 163 months;

4    4.   Mr. Slaton merits a reduction in his sentence based on the
5 factors listed in 18 U.S.C. § 3553(a), as well as considerations of
6 public safety and Mr. Slaton's positive post-sentencing conduct;

7    5.   Accordingly, the parties request the court to enter the order
8 lodged herewith reducing Mr. Slaton's term of imprisonment to term of
9 163 months.

10 Dated:  July 2, 2008

11 Respectfully submitted,

12 McGREGOR SCOTT                         DANIEL J. BRODERICK
   United States Attorney                 Federal Defender
13
14

   /s/ *Dawrence Rice*                    /s/ *David M. Porter*
15 DAWRENCE RICE                          DAVID M. PORTER
   Assistant U.S. Attorney                Assistant Federal Defender
16
   Attorney for Plaintiff                 Attorney for Movant
17 UNITED STATES OF AMERICA               RAYMOND SLATON

18                              **ORDER**

19    This matter came before the Court on the stipulated motion of the
20 defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

21    On November 22, 2005, this Court sentenced Mr. Slaton to a term of
22 imprisonment of 200 months.  The parties agree, and the Court finds,
23 that Mr. Slaton is entitled to the benefit of the retroactive amendment
24 reducing crack cocaine penalties, which reduces the applicable offense
25 level from 33 to 31.

26    IT IS HEREBY ORDERED that the term of imprisonment originally
27 imposed is reduced to term of 163 months;

28    IT IS FURTHER ORDERED that all other terms and provisions of the
   STIPULATED MOTION and ORDER TO REDUCE SENTENCE
                                  -2-

original judgment remain in effect.

Unless otherwise ordered, Mr. Slaton shall report to the United States Probation office closest to the release destination within seventy-two hours after his release.

IT IS SO ORDERED.

**Dated:   July 3, 2008**              /s/ Oliver W. Wanger
                                                    UNITED STATES DISTRICT JUDGE

STIPULATED MOTION and ORDER TO REDUCE SENTENCE
-3-